# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:  Beatitudes Mission, LLC   § Case No. 4:16-bk-40569
    §
    §
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Paul J Mansdorf, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $59,068.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,521.29      Claims Discharged
                                                 Without Payment: $661,377.76

Total Expenses of Administration: $6,183.08

---

3) Total gross receipts of $8,704.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,704.37 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 820.50 | 6,183.08 | 6,183.08 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 539,617.03 | 663,899.05 | 663,899.05 | 2,521.29 |
| **TOTAL DISBURSEMENTS** | **$539,617.03** | **$664,719.55** | **$670,082.13** | **$8,704.37** |

    4) This case was originally filed under Chapter 7 on 03/02/2016. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2017      By: /s/ Paul J Mansdorf
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chaseas of 2/25/2016 Checking 1457 | 1129-000 | 3,156.37 |
| Tax Refunds | 1224-000 | 5,548.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,704.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J Mansdorf | 2100-000 | N/A | 789.09 | 789.09 | 789.09 |
| Paul J Mansdorf | 2200-000 | N/A | 31.41 | 31.41 | 31.41 |
| Gordon & Rees, LLP | 3210-000 | N/A | 0.00 | 4,230.00 | 4,230.00 |
| Gordon & Rees, LLP | 3220-000 | N/A | 0.00 | 8.40 | 8.40 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 0.00 | 1,057.50 | 1,057.50 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 0.00 | 34.26 | 34.26 |
| Signature Bank | 2600-000 | N/A | 0.00 | 32.42 | 32.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$820.50** | **$6,183.08** | **$6,183.08** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FRANCHISE TAX BOARD (ADMINISTRATIVE) | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | Employment Development Department | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nida Senosa | 7100-000 | 0.00 | 222,985.33 | 222,985.33 | 846.83 |
| 1 | Nida Senosa | 7100-000 | 181,034.91 | 0.00 | 0.00 | 0.00 |
| 2 | Matthew Manos | 7100-000 | 358,582.12 | 0.00 | 0.00 | 0.00 |
| 2 | Matthew Manos | 7100-000 | 0.00 | 437,681.62 | 437,681.62 | 1,662.19 |
| 4 | Granny's Loving Angels, LLC | 7100-000 | 0.00 | 3,232.10 | 3,232.10 | 12.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$539,617.03** | **$663,899.05** | **$663,899.05** | **$2,521.29** |

| Case Number: | 16-40569 WJL | Trustee: | Paul J Mansdorf |
|---|---|---|---|
| Case Name: | Beatitudes Mission, LLC | Filed (f) or Converted (c): | 03/02/16 (f) |
| | | §341(a) Meeting Date: | 04/13/16 |
| Period Ending: | 09/11/17 | Claims Bar Date: | 07/12/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chaseas of 2/25/2016 Checking 1457<br>CHASE sent one cashier's check for multiple related estates. Check was deposited into estate of La Pera, LLC 16-40570. Upon receipt of CHASE accounting, La Pera issued check to this estate. | 4,159.62 | 4,159.62 | | 3,156.37 | FA |
| 2 | Appliances | 3,509.00 | 3,509.00 | | 0.00 | FA |
| 3 | Bed Chair Sofa | 1,033.00 | 1,033.00 | | 0.00 | FA |
| 4 | Entertainment Center | 673.00 | 673.00 | | 0.00 | FA |
| 5 | Sansui TV | 698.00 | 698.00 | | 0.00 | FA |
| 6 | Staff Chest Drawer | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Karaoke | 216.00 | 216.00 | | 0.00 | FA |
| 8 | BBQ Grill | 461.00 | 461.00 | | 0.00 | FA |
| 9 | Sleeping Couch | 215.00 | 215.00 | | 0.00 | FA |
| 10 | Entertainment Center | 743.00 | 743.00 | | 0.00 | FA |
| 11 | Heating Air Cond | 3,674.00 | 3,674.00 | | 0.00 | FA |
| 12 | Shed | 861.00 | 861.00 | | 0.00 | FA |
| 13 | Beds | 471.00 | 471.00 | | 0.00 | FA |
| 14 | Vacuum | 344.00 | 344.00 | | 0.00 | FA |
| 15 | Storage shed | 984.00 | 984.00 | | 0.00 | FA |
| 16 | Furniture | 3,837.00 | 3,837.00 | | 0.00 | FA |
| 17 | Landscaping | 12,772.00 | 12,772.00 | | 0.00 | FA |
| 18 | Fence | 5,580.00 | 5,580.00 | | 0.00 | FA |
| 19 | Fixtures | 2,276.00 | 2,276.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 16-40569 WJL | Trustee: | Paul J Mansdorf |
|---|---|---|---|
| Case Name: | Beatitudes Mission, LLC | Filed (f) or Converted (c): | 03/02/16 (f) |
| | | §341(a) Meeting Date: | 04/13/16 |
| Period Ending: | 09/11/17 | Claims Bar Date: | 07/12/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Furniture fixtures | 2,144.00 | 2,144.00 | | 0.00 | FA |
| 21 | computer & printer | 1,758.00 | 1,758.00 | | 0.00 | FA |
| 22 | laptop computer | 1,784.00 | 1,784.00 | | 0.00 | FA |
| 23 | desktop computer | 1,432.00 | 1,432.00 | | 0.00 | FA |
| 24 | 2 thirds SH Laptop | 898.00 | 898.00 | | 0.00 | FA |
| 25 | Laptop computer | 851.00 | 851.00 | | 0.00 | FA |
| 26 | Copier fax scanner | 435.00 | 435.00 | | 0.00 | FA |
| 27 | Copier | 70.00 | 70.00 | | 0.00 | FA |
| 28 | Office equipment | 248.00 | 248.00 | | 0.00 | FA |
| 29 | Nissan Quest | 10,900.00 | 10,900.00 | | 0.00 | FA |
| 30 | Lexus LS 460 200 | 1.00 | 1.00 | | 0.00 | FA |
| 31 | Tax Refunds (u)<br>These were unanticipated at time of TFR - Information previously provided had LLC as single member LLC - it had actually previously filed a 2015 return as C Corporation. giving rise to these refunds.<br>(see footnote) | 0.00 | 5,548.00 | | 5,548.00 | FA |
| | TOTALS (Excluding Unknown Values) | $63,227.62 | $68,775.62 | | $8,704.37 | $0.00 |

Regarding Property #31   4089 IRS, 1459 FTB

**Major activities affecting case closing:**

TDR after checks clear

**Initial Projected Date of Final Report (TFR):** September 30, 2016     **Current Projected Date of Final Report (TFR):** September 26, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-40569 WJL | | Trustee: | Paul J Mansdorf |
| --- | --- | --- | --- | --- |
| Case Name: | Beatitudes Mission, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******0235 - Checking |
| Taxpayer ID#: | **-***3447 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/11/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/16 | Asset #1 | La Pera, LLC, Debtor | | 1129-000 | 3,156.37 | | 3,156.37 |
| 03/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2.42 | 3,153.95 |
| 04/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,148.95 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,143.95 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,138.95 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,133.95 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,123.95 |
| 11/17/16 | 1001 | Gordon & Rees, LLP | Dividend of 100.000000000% | 3220-000 | | 8.40 | 3,115.55 |
| 11/17/16 | 1002 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 100.000000000% | 3420-000 | | 34.26 | 3,081.29 |
| 11/17/16 | 1003 | Paul J Mansdorf | Dividend of 100.000000000% | 2200-000 | | 31.41 | 3,049.88 |
| 11/17/16 | 1004 | Gordon & Rees, LLP | Dividend of 50.190649690% | 3210-000 | | 2,123.06 | 926.82 |
| 11/17/16 | 1005 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 50.190649690% | 3410-000 | | 530.77 | 396.05 |
| 11/17/16 | 1006 | Paul J Mansdorf | Dividend of 50.190649690% | 2100-000 | | 396.05 | 0.00 |
| 12/22/16 | Asset #31 | Franchise Tax Board | TRs | 1224-000 | 1,459.00 | | 1,459.00 |
| 05/20/17 | Asset #31 | Sylvia M. Sicat | Funds representing Tax Refund | 1224-000 | 4,089.00 | | 5,548.00 |
| 05/20/17 | 1007 | Paul J Mansdorf | Dividend of 100.000000000% | 2100-000 | | 393.04 | 5,154.96 |
| 05/20/17 | 1008 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend of 100.000000000% | 3410-000 | | 526.73 | 4,628.23 |
| 05/20/17 | 1009 | Gordon & Rees, LLP | Dividend of 100.000000000% | 3210-000 | | 2,106.94 | 2,521.29 |
| 05/20/17 | 1010 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%; Voided on 07/28/2017 | 5800-000 | | 800.00 | 1,721.29 |
| 05/20/17 | 1011 | Nida Senosa | Dividend of 0.259269839%, Claim No. 1 | 7100-000 | | 578.13 | 1,143.16 |
| 05/20/17 | 1012 | Matthew Manos | Dividend of 0.259269839%, Claim No. 2 | 7100-000 | | 1,134.78 | 8.38 |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 16-40569 WJL | **Trustee:** | Paul J Mansdorf | |
| **Case Name:** | Beatitudes Mission, LLC | **Bank Name:** | Signature Bank | |
| | | **Account:** | ******0235 - Checking | |
| **Taxpayer ID#:** | **-***3447 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 09/11/17 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/20/17 | 1013 | Granny's Loving Angels, LLC | Dividend of 0.259269839%, Claim No. 4 | 7100-000 | | 8.38 | 0.00 |
| 07/28/17 | 1010 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%; Voided: Check issued on 05/20/2017 | 5800-000 | | -800.00 | 800.00 |
| 07/28/17 | 1014 | Matthew Manos | Dividend of 0.379770087%, Claim No. 2 | 7100-000 | | 527.41 | 272.59 |
| 07/28/17 | 1015 | Nida Senosa | Dividend of 0.379770087%, Claim No. 1 | 7100-000 | | 268.70 | 3.89 |
| 07/28/17 | 1016 | U.S. Bankruptcy Court - Small Dividend Check | Dividend of 0.379770087%, Claim No. 4 | 7100-000 | | 3.89 | 0.00 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,704.37 | 8,704.37 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,704.37 | 8,704.37 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,704.37** | **$8,704.37** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0235 | 8,704.37 | 8,704.37 | 0.00 |
| | $8,704.37 | $8,704.37 | $0.00 |